UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FANNIE TARTT and ALBERT TARTT, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>BIO-LAB, INC. and KIK CONSUMER PRODUCTS INC.,<br><br>  Defendants. | CIVIL ACTION NO.<br><br>1:24-cv-4407-SEG |
| TONYA LONG, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>BIO-LAB, INC. and KIK CUSTOM PRODUCTS, INC.,<br><br>  Defendants. | CIVIL ACTION NO.<br><br>1:24-cv-4411-SEG |
| BESSIE HOLLINGSWORTH, KASSEY NICOLE GOOLSBY, ERNESTINE SIMMONS, and LISA WISE, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>BIO-LAB, INC. and KIK CONSUMER PRODUCTS, INC.,<br><br>  Defendants. | CIVIL ACTION NO.<br><br>1:24-cv-4414-SEG |

| | |
|---|---|
| CHERI FORTE, individually, on behalf of her minor child L.C., and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>KIK INTERNATIONAL LLC d/b/a KIK Consumer Products, and BIO-LAB, INC.,<br><br>    Defendants. | CIVIL ACTION NO.<br><br>1:24-cv-4453-SEG |
| NAYELY REYES, ERNESTO ESPENOSA, LOFTON KING, DARRELL PHILLIP, and JALISA PHILLIP, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>BIO-LAB, INC. and KIK CONSUMER PRODUCTS, INC.,<br><br>    Defendants. | CIVIL ACTION NO.<br><br>1:24-cv-4463-SEG |
| DAVID TZIKAS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>BIO-LAB, INC. and KIK CUSTOM PRODUCTS, INC.,<br><br>    Defendants. | CIVIL ACTION NO.<br><br>1:24-cv-4471-SEG |

| | |
|---|---|
| CHRISTINE SMITH, KISHA REID, SHEILA GLENN, and ROCK CITY CYCLES, INC., individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>BIO-LAB, INC., KIK CONSUMER PRODUCTS, INC., and KIK CUSTOM PRODUCTS, INC.,<br><br>    Defendants. | CIVIL ACTION NO.<br><br>1:24-cv-4492-SEG |
| ABIGAIL LONGMORE, MATTHEW JACKSON, and LUCAS KUFFREY, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>BIO-LAB, INC. and KIK CONSUMER PRODUCTS, INC.,<br><br>    Defendants. | CIVIL ACTION NO.<br><br>1:24-cv-4494-SEG |
| TRACEY LATRICE HERD, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>BIO-LAB, INC. and KIK CONSUMER PRODUCTS, INC.,<br><br>    Defendants. | CIVIL ACTION NO.<br><br>1:24-cv-4507-SEG |

3

| | |
|---|---|
| TT OF CONYERS, INC. d/b/a Conyers Nissan, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>BIOLAB INC. and KIK CUSTOM PRODUCTS, INC. d/b/a KIK Consumer Products,<br><br>      Defendants. | CIVIL ACTION NO.<br><br>1:24-cv-4509-SEG |
| BARBARA WATSON and QUIANA CARSON, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>BIO-LAB, INC. and KIK CONSUMER PRODUCTS, INC.,<br><br>      Defendants. | CIVIL ACTION NO.<br><br>1:24-cv-4518-SEG |
| TIARA DOTSON, SHONDA FAVORS, and WARE HAULING, LLC, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>BIO-LAB, INC. and KIK CUSTOM PRODUCTS INC. d/b/a KIK Consumer Products,<br><br>      Defendants. | CIVIL ACTION NO.<br><br>1:24-cv-4561-SEG |

| | |
|---|---|
| HOUNDS TOWN – ATLANTA – CONYERS and AMANDA MCDOWELL, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>BIO-LAB, INC., a Delaware Corporation, and KIK CUSTOM PRODUCTS INC., a Delaware Corporation,<br><br>        Defendants. | CIVIL ACTION NO.<br><br>1:24-cv-4636-SEG |
| JHENKIA MOORE, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>BIO-LAB, INC., a Delaware Corporation, and KIK CUSTOM PRODUCTS INC., a Delaware Corporation,<br><br>       Defendants. | CIVIL ACTION NO.<br><br>1:24-cv-4651-SEG |

## **O R D E R**

These cases are before the Court on the motion for a joint status conference filed by (1) Plaintiffs Fannie and Albert Tartt in Civil Action No. 1:24-cv-4407-SEG, *Tartt, et al. v. Bio-Lab, Inc., et al.*; (2) Plaintiff Tonya Long

5

in Civil Action No. 1:24-cv-4411-SEG, *Long v. Bio-Lab, Inc., et al.*; and (3) Plaintiffs Tiara Dotson, Shonda Favors, and Ware Hauling, LLC in Civil Action No. 1:24-cv-4561-SEG, *Dotson, et al. v. Bio-Lab, Inc., et al.* Plaintiffs in those matters ask the Court to schedule a conference as soon as possible and to invite to the conference the parties from all other related actions presently before this Court. Plaintiffs' motion for a status conference is GRANTED. A status conference is set for October 29, 2024, at 10:00 AM in Courtroom 2306. Because the fourteen above-captioned cases may merit special attention as complex litigation, the Court orders the following:

1. **Attendance/Participation**. Parties with similar interests are expected to agree to the extent practical on a single attorney to act on their behalf at the conference. While any counsel who wishes to be heard at the conference must appear in person, the Court will provide a teleconference link for those who may wish to observe.

2. **Agenda and Preparation for Conference**. The Court requires Plaintiffs who filed the motion for a status conference and Defendants to file on the docket of their respective cases a joint proposed agenda for the status conference. The proposed agenda shall include at least the following items: (a) potential consolidation of related cases and related cases to be filed in the future; (b) communications with putative class

members pursuant to Local Rule 23.1(C), NDGa; (c) preservation of evidence; and (d) a process to determine appointment of interim class counsel pursuant to Rule 23(g) of the Federal Rules of Civil Procedure. The proposed agenda shall be filed by October 24, 2024. Before the conference, the parties should confer and seek consensus to the extent possible with respect to the items on the agenda. The proposed agenda will serve as a preview for the Court of the preliminary issues to be addressed, and no party is precluded from raising other matters at the conference.

3. **Service List**. This order is being served electronically on the persons registered with the Northern District of Georgia's CM/ECF system and appearing as counsel in cases filed against Bio-Lab, Inc. and KIK Consumer Products, Inc., relating to the incident that allegedly occurred at Defendants' plant on or around September 29, 2024. Counsel are requested to forward a copy of this order to other attorneys who should be notified of the conference.

**SO ORDERED** this 17th day of October, 2024.

_____
SARAH E. GERAGHTY
United States District Judge