UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FANNIE TARTT and ALBERT TARTT, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br> v.<br><br>BIO-LAB, INC. and KIK CONSUMER PRODUCTS INC.,<br><br>  Defendants. | CIVIL ACTION NO.<br><br>1:24-cv-4407-SEG |
| TONYA LONG, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br> v.<br><br>BIO-LAB, INC. and KIK CUSTOM PRODUCTS, INC.,<br><br>  Defendants. | CIVIL ACTION NO.<br><br>1:24-cv-4411-SEG |
| BESSIE HOLLINGSWORTH, KASSEY NICOLE GOOLSBY, ERNESTINE SIMMONS, and LISA WISE, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br> v.<br><br>BIO-LAB, INC. and KIK CONSUMER PRODUCTS, INC.,<br><br>  Defendants. | CIVIL ACTION NO.<br><br>1:24-cv-4414-SEG |

| | |
|---|---|
| CHERI FORTE, individually, on behalf of her minor child L.C., and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>KIK INTERNATIONAL LLC d/b/a KIK Consumer Products, and BIO-LAB, INC.,<br><br>      Defendants. | CIVIL ACTION NO.<br><br>1:24-cv-4453-SEG |
| NAYELY REYES, ERNESTO ESPENOSA, LOFTON KING, DARRELL PHILLIP, and JALISA PHILLIP, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>BIO-LAB, INC. and KIK CONSUMER PRODUCTS, INC.,<br><br>      Defendants. | CIVIL ACTION NO.<br><br>1:24-cv-4463-SEG |
| DAVID TZIKAS, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>BIO-LAB, INC. and KIK CUSTOM PRODUCTS, INC.,<br><br>      Defendants. | CIVIL ACTION NO.<br><br>1:24-cv-4471-SEG |

| | |
|---|---|
| CHRISTINE SMITH, KISHA REID, SHEILA GLENN, and ROCK CITY CYCLES, INC., individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>BIO-LAB, INC., KIK CONSUMER PRODUCTS, INC., and KIK CUSTOM PRODUCTS, INC.,<br><br>      Defendants. | CIVIL ACTION NO.<br><br>1:24-cv-4492-SEG |
| ABIGAIL LONGMORE, MATTHEW JACKSON, and LUCAS KUFFREY, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>BIO-LAB, INC. and KIK CONSUMER PRODUCTS, INC.,<br><br>      Defendants. | CIVIL ACTION NO.<br><br>1:24-cv-4494-SEG |
| TRACEY LATRICE HERD, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>BIO-LAB, INC. and KIK CONSUMER PRODUCTS, INC.,<br><br>      Defendants. | CIVIL ACTION NO.<br><br>1:24-cv-4507-SEG |

| | |
|---|---|
| TT OF CONYERS, INC. d/b/a Conyers Nissan, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>BIOLAB INC. and KIK CUSTOM PRODUCTS, INC. d/b/a KIK Consumer Products,<br><br>    Defendants. | CIVIL ACTION NO.<br><br>1:24-cv-4509-SEG |
| BARBARA WATSON and QUIANA CARSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>BIO-LAB, INC. and KIK CONSUMER PRODUCTS, INC.,<br><br>    Defendants. | CIVIL ACTION NO.<br><br>1:24-cv-4518-SEG |
| TIARA DOTSON, SHONDA FAVORS, and WARE HAULING, LLC, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>BIO-LAB, INC. and KIK CUSTOM PRODUCTS INC. d/b/a KIK Consumer Products,<br><br>    Defendants. | CIVIL ACTION NO.<br><br>1:24-cv-4561-SEG |

| | |
|---|---|
| HOUNDS TOWN – ATLANTA – CONYERS and AMANDA MCDOWELL, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>BIO-LAB, INC., a Delaware Corporation, and KIK CUSTOM PRODUCTS INC., a Delaware Corporation,<br><br>  Defendants. | CIVIL ACTION NO.<br><br>1:24-cv-4636-SEG |
| JHENKIA MOORE, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>BIO-LAB, INC., a Delaware Corporation, and KIK CUSTOM PRODUCTS INC., a Delaware Corporation,<br><br>  Defendants. | CIVIL ACTION NO.<br><br>1:24-cv-4651-SEG |

## **O R D E R**

The parties in Civil Action No. 1:24-cv-4471-SEG, *Tzikas v. Bio-Lab Inc., et al.*, have moved for an order to consolidate *Tzikas* with the other putative class action cases listed above. The parties in *Tzikas* have further moved to

extend the deadline for answers and responsive pleadings until 60 days after the filing of an amended class action complaint in the consolidated action.

A status conference has been set for October 29, 2024, at 10:00 AM in Courtroom 2306 to address, in part, the motions to consolidate filed in several of the above-listed cases. Defendants, however, face deadlines to answer or otherwise respond to Plaintiffs' complaints as early as October 24, 2024.

To avoid the expenditure of resources on answers or other responsive pleadings that could become moot in the event of consolidation, the Court finds it prudent to extend Defendants' deadlines to answer or otherwise respond to Plaintiffs' respective complaints. *See* Fed. R. Civ. P. 6(b)(1)(A) ("[T]he court may, for good cause, extend the time . . . before the original time or its extension expires[.]"). Defendants' deadlines to respond to Plaintiffs' respective complaints in the above-captioned cases are STAYED until further order of the Court.[1]

**SO ORDERED** this 21st day of October, 2024.

_____
SARAH E. GERAGHTY
United States District Judge

---

[1] The Clerk is DIRECTED to terminate Defendants' motion for an extension of time to file responsive pleadings in Civil Action No. 1:24-cv-4471-SEG, *Tzikas v. Bio-Lab Inc., et al.*, as the Court has addressed the matter raised in that motion in this order.